# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**BARRY HOYT**                                                                 **PLAINTIFF**

       **v.**       **Civil No. 05-5079**

**SHERIFF KEITH FERGUSON;**
**CAPT. HUNTER PETRAY;**
**LT. CARTER; DEPUTY BUTH;**
**and DEPUTY LISENBEE**                                                        **DEFENDANTS**

## O R D E R

Now on this 13th day of December, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #19), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** (document #14) is **granted in part and denied in part**.

The motion is **granted** as to plaintiff's claims against separate defendants Sheriff Keith Ferguson, Captain Hunter Petray, and Lt. Carter, and those claims are hereby **dismissed**.

The motion is **denied** in all other respects, and this matter is remanded to the Magistrate Judge for further report and recommendation.

**IT IS SO ORDERED.**

**/s/Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**