IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BARRY HOYT**                                                  **PLAINTIFF**

      v.      Civil No. 05-5079

**DEPUTY BUTH; and
DEPUTY LISENBY**                                                **DEFENDANTS**

### O R D E R

Now on this 20th of June, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** ("R&R")(document #32), along with plaintiff's letter stating his desire to appeal, which has been docketed as Objections to the R&R (document #33), and the Court, having carefully reviewed the R&R, finds that it is sound in all respects, and that it should be adopted *in toto*.

Document #33, although docketed as Objections to the R&R, is really a letter stating that plaintiff wants to appeal. It offers nothing that would alter the Court's view of the R&R. To the extent plaintiff intends this document to be a Notice of Appeal, it is premature, as appeal lies not from the R&R but from this Court's Order, either adopting or rejecting the R&R.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's

claims are **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                        **/s/Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**